# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI

| | |
|---|---|
| JOSE GOMEZ-ROGEL, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 3:20-cv-05123 |
| | ) |
| JAMES EDWARD MERRITT and | ) |
| LIBERTY FRUIT COMPANY, INC., | ) |
| | ) |
| Defendant. | ) |

## ORDER

Before the Court is Plaintiff's Motion for Dismissal with Prejudice (Doc. 22). Plaintiff moves the Court to dismiss the Complaint and all claims with prejudice as all such claims have been settled by the parties. The Motion is **GRANTED** and the above-captioned case is dismissed with prejudice. Each party is to pay their own costs and attorney fees.

**IT IS SO ORDERED.**

Dated: May 24, 2021         */s/ Douglas Harpool*
                            **DOUGLAS HARPOOL**
                            **United States District Judge**